tr     /004

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re:   VICTORIA ALLISON HICKS and MATTHEW ALLEN HICKS        Case No:  4:24-bk-13475 R

## OBJECTION TO CONFIRMATION
## OF INITIAL PLAN

Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Initial Plan. The Chapter 13 filing and plan fail to comply with the following:

1.   11 U.S.C. § 1322(a)(2) - The plan fails to provide for full payment of all claims entitled to priority under 11 U.S.C. § 507.  **(a) The Debtors' plan does not provide proper treatment for the Debtor's Domestic Support Obligation nor is this creditor scheduled.  The box in § 4.5 is not checked. (b) The DSO recipient's phone number should be provided to the Trustee prior to confirmation. (c) The Debtors should provide substantiation that the domestic support obligation is current since the case was filed prior to confirmation.**

WHEREFORE, the Trustee prays that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; or alternatively, confirmation of the plan is denied, and the case is dismissed; and for all other just, proper and equitable relief.

_____
/s/  Joyce Bradley Babin

CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtors' attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtors and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on December 04, 2024.

_____
/s/  Joyce Bradley Babin
Joyce Bradley Babin

cc:     Victoria Allison Hicks and
          Matthew Allen Hicks
        14 Sunny Drive
        Morrilton, AR  72110