IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: VICTORIA ALLISON HICKS and MATTHEW ALLEN HICKS    CASE NO: 4:24-bk-13475 R
      DEBTORS    CHAPTER 13

## CHAPTER 13 ORDER
## TO MODIFY CHAPTER 13 PLAN

Before the court is the Objection to Confirmation, Docket Entry 28, filed on December 04, 2024, by the Trustee. The objection was set for hearing on January 30, 2025. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The debtors are granted 28 days from the date of this Order to file a modification to the plan. Failure to file the modification within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date: February 04, 2025        /s/ BIANCA M. RUCKER
      BIANCA M. RUCKER
      United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

    Watton Law Group
    301 West Wisconsin Ave., 5th Floor
    Milwaukee, WI  53203

    VICTORIA ALLISON HICKS and MATTHEW ALLEN HICKS
    14 Sunny Drive
    Morrilton, AR  72110