tlg / 4A

UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: VICTORIA ALLISON HICKS and MATTHEW ALLEN HICKS          Case No: 4:24-bk-13475 R

# OBJECTION TO CONFIRMATION OF PLAN
# AS AMENDED PRE-CONFIRMATION ON February 25, 2025

Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Plan as Amended Pre-Confirmation. The Chapter 13 filing and plan fail to comply with the following:

1. 11 U.S.C. § 1322(a)(2) - The plan fails to provide for full payment of all claims entitled to priority under 11 U.S.C. § 507.  **The Debtors should provide substantiation that the domestic support obligation is current since the case was filed prior to confirmation.**

2. 11 U.S.C. § 1322(d) - The plan provides for payments over a period that exceeds five years.  **The plan as proposed is insufficient to carry out the plan terms.**

WHEREFORE, the Trustee prays that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; or alternatively, confirmation of the plan is denied, and the case is dismissed; and for all other just, proper and equitable relief.

                                                                /s/ Joyce Bradley Babin
                                                              CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtors' attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtors' and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on February 28, 2025.

                                                                /s/ Joyce Bradley Babin
                                                                   Joyce Bradley Babin

Victoria Allison Hicks and
   Matthew Allen Hicks
14 Sunny Drive
Morrilton, AR  72110