IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: VICTORIA ALLISON HICKS and MATTHEW ALLEN HICKS     CASE NO: 4:24-bk-13475 R
        DEBTORS     CHAPTER 13

## CHAPTER 13 ORDER
## TO MODIFY CHAPTER 13 PLAN

Before the court is the Objection to Confirmation, Docket Entry 45, filed on February 28, 2025, by the Trustee. The objection was set for hearing on September 11, 2025. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The debtors are granted 28 days from the date of this Order to file a modification to the plan. Failure to file the modification within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date: September 15, 2025      /s/ BIANCA M. RUCKER
                                                                                           BIANCA M. RUCKER
                                                                                          United States Bankruptcy Judge

cc:    Joyce Bradley Babin, Trustee

      Watton Law Group
      301 West Wisconsin Ave., 5th Floor
      Milwaukee, WI 53203

      VICTORIA ALLISON HICKS and MATTHEW ALLEN HICKS
      14 Sunny Drive
      Morrilton, AR 72110

GO11-17 / 059 Order to Modify / tr